UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| JAVIER ROSARIO BONES, | : | |
| Petitioner, | : | |
| v. | : | No. 16-cv-125 |
| SCI CHESTER, | : | |
| Respondent. | : | |

# **O R D E R**

**AND NOW**, this 17th day of August, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. All of Petitioner's objections, ECF No. 11, to the Report and Recommendation are **OVERRULED and DENIED**;

2. The Report and Recommendation, ECF No. 10, is **APPROVED and ADOPTED in part**;

3. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED WITH PREJUDICE**;

5. This case is **CLOSED**; and

6. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

081618